# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV216

| | |
|---|---|
| GAIL J. WAYCASTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | <u>J U D G M E N T</u> |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons set forth in the Memorandum and Order filed herewith and the Magistrate Judge's Memorandum and Recommendation filed herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the Commissioner's decision denying benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: April 26, 2006

Lacy H. Thornburg
United States District Judge